
FILED
AUG 21 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-314-AWI |
| Plaintiffs, ) | |
| ) | ORDER OF RELEASE |
| vs. ) | |
| ) | |
| JEAN VUE, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 8-21-06

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1